FILED

08 APR -7 PM 3:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                ) CASE NO. '08 MJ 1080
ADMINISTRATIVE INSPECTION OF        )
GALLOWAY PHARMACY                   ) AFFIDAVIT IN SUPPORT OF AN
2995 NATIONAL AVENUE                ) ADMINISTRATIVE INSPECTION WARRANT
SAN DIEGO, CA 92113                 )
_____)

I, Lucia Bartolomeo, being duly sworn, hereby depose and say:

1. I make this affidavit in support of an administrative inspection warrant of GALLOWAY PHARMACY located at 2995 National Avenue, San Diego, California 92113. Pursuant to 21 U.S.C. § 880(b)(1), the purposes of the administrative inspection is to inspect, copy, and verify the correctness of records, reports, and others documents required to be kept under the Controlled Substances Act and for the purposes of protecting the public health and safety.

2. Pursuant to 21 U.S.C. § 880(d)(1), "[a]ny judge of the United States or any United States Magistrate Judge may, within his territorial jurisdiction, and upon proper oath or affirmation showing probable cause, issue warrants for the purposes of conducting administrative inspections and seizures of property appropriate to such inspections." For the purposes of an administrative inspection warrant under 21 U.S.C. § 880, the term "probable cause" means "a valid public interest in the effective enforcement of this subchapter or regulations thereunder sufficient to justify administrative inspections of the area, premises, building, or conveyance, or contents thereof, in the circumstances specified in the application for the warrant." Based on the facts set forth below, I believe there is probable cause for the requested administrative inspection warrant.

3. I am a duly appointed Diversion Investigator of the United States Drug Enforcement Administration ("DEA") and have been so employed for 19 years. I am currently assigned to the San Diego Field Division Office of DEA. I have completed an intensive 9-week training academy which provided me with a background and basis of knowledge relating to the investigation of crimes related to controlled substances, including but not limited to, the importation and distribution of controlled substances in violation of Title 21 of the United States Code.

4. I am authorized under 21 U.S.C. §§ 878(a)(2) and 880(b)(2) to execute administrative inspection warrants for the purpose of inspecting controlled premises of persons and firms registered under the Controlled Substances Act (21 U.S.C. § 800, et seq.) in order to inspect, copy, and verify the correctness of all records, reports, and other documents required to be kept.

5. GALLOWAY PHARMACY is registered under the provisions of the Controlled Substances Act, 21U.S.C. §§ 822 and 823, as a retail pharmacy and is assigned DEA Registration Number BG4336461 in Schedules 2, 2N, 3, 3N, 4 and 5. GALLOWAY PHARMACY's registered principal place of business is 2995 National Avenue, San Diego, CA 92115, and described as a single-story business located on the southwest corner of National Avenue and S. 30th Street. GALLOWAY PHARMACY has a stone exterior on the front of the business with "Galloway Pharmacy" signs located at the top of the north and east sides of the business. The front entrance is located on the north side of the business in between two sets of windows. The rear entrance is located on the south side of the business with a concrete ramp leading up to the door with the words "Employee Entrance Only" painted above the rear door. This place of business is a controlled premise within the meaning of Title 21, United States Code, Sections 880(a), and Title 21, Code of Federal Regulations, Section 1316.02(c).

6. GALLOWAY PHARMACY is required to keep complete and accurate records of all controlled substances received, prescribed, dispensed, purchased, delivered or otherwise disposed of, pursuant to 21 U.S.C. § 827 and the applicable Code of Federal Regulations.

7. Agents from the DEA and FBI are conducting an ongoing criminal investigation into the significant diversion of controlled substances from three pharmacies under common ownership: (1) GALLOWAY PHARMACY, (2) MEDICINE WORLD dba PARK BOULEVARD PHARMACY, and (3) WHITE CROSS DRUG STORE. The three pharmacies are owned and operated by Fadi ATIYA, Ramsey ATIYA, and Akram ATIYA. Fadi ATIYA is the owner, president and Pharmacist-in-Charge of GALLOWAY PHARMACY. Fadi ATIYA is also the vice president of MEDICINE WORLD dba PARK BOULEVARD PHARMACY and president of WHITE CROSS PHARMACY. Ramsey ATIYA is the secretary for both MEDICINE WORLD dba PARK BOULEVARD PHARMACY and WHITE CROSS DRUG STORE. Akram ATIYA, is listed as president of MEDICINE WORLD dba PARK BOULEVARD PHARMACY and Vice President for WHITE CROSS DRUG STORE.

8. On February 22, 2008, two pharmacy technicians employed at GALLOWAY PHARMACY -- Jose Jesus Peruch SAENZ and Jesus MACIAS -- were indicted in Criminal Case No. 08CR0509-BEN and charged with conspiracy to distribute oxycodone[1] and hydrocodone bitartrate,[2] in violation of 21 U.S.C. §§ 846 and 841(a)(1), and distribution of oxycodone and hydrocodone bitartrate in violation of 21 U.S.C. § 841(a)(1). SAENZ was also indicted in Criminal Case No. 08CR0511-BEN, and charged with conspiracy to distribute oxycodone and hydrocodone in violation of 21 U.S.C. §§ 846 and 841(a)(1), and distribution of hydrocodone in violation 21 U.S.C. § 841(a)(1).

---

[1] Oxycodone is a potent and potentially addictive opioid analgesic medication synthesized from thebaine. It is a Schedule II controlled substance both as a single agent and in combination with other products such as acetaminophen, ibuprofen, or asprin.

[2] Hydrocodone is a narcotic which relieves pain by binding to opioid receptors in the brain and spinal cord. Pure hydrocodone, and forms containing more than 15 mg per dosage unit, are Schedule II controlled substances. Tablets consisting of less than 15 mg hydrocodone per dosage unit constitute hydrocodone bitartrate and are Schedule III controlled substances. For purposes of this affidavit, all references to "hydrocodone" refer to "hydrocodone bitartrate."

9. On March 6, 2008, Agents from the FBI executed criminal search warrants on GALLOWAY PHARMACY, WHITE CROSS DRUG STORE and MEDICINE WORLD dba PARK BLVD PHARMACY to further the investigation. The search warrants authorized agents to seize all prescriptions at GALLOWAY PHARMACY. To expedite the execution of the search warrant, agents relied upon the employees at GALLOWAY PHARMACY to identify the prescriptions that involved controlled substances. However, upon reviewing the records seized from GALLOWAY PHARMACY, it was discovered that prescription records in schedules 3 through 5 were not seized from GALLOWAY PHARMACY.

10. On March 6, 2008, the DEA issued an Immediate Suspension Order on GALLOWAY PHARMACY that precludes GALLOWAY PHARMACY from purchasing, dispensing, or possessing controlled substances in schedules 2 through 5 until an Administrative Hearing is held, which is scheduled for May 5, 2008.

11. Based on my training and experience and conversations with investigators, and the common ownership of the three pharmacies by the ATIYA family, I believe that GALLOWAY PHARMACY may have been/be involved in diversion of controlled substances. I seek to inspect GALLOWAY PHARMACY's prescription records and verify that oxycodone tablets, hydrocodone bitartrate tablets, and other controlled substances have been properly handled.

12. The inspection will be conducted within regular business hours, the Diversion Investigator's credentials will be presented to the registrant, the inspection will begin as soon as practicable after the issuance of the warrant and will be competed with reasonable promptness, and that the warrant will be returned within ten (10) days.

13. The inspection will extend to obtaining GALLOWAY PHARMACY's controlled substance prescriptions in Schedules 3 through 5 for the time period between July 1, 2005 to March 6, 2008, the inspection and copying of inventories, records, reports, order forms, invoices, and other documents required to be kept and the inspection of all other things therein, including records, files, and papers, which are appropriate for the verification of the records, reports, and documents required to be kept under the Controlled Substances Act.

14. During the execution of the administrative inspection warrant, I will be accompanied by one or more Diversion Investigators and DEA Special Agents who are authorized by the Attorney General to conduct administrative inspections. Upon the completion of the inspection, a return will be made to the United States Magistrate Judge who issued the warrant.

I declare under penalty of perjury that the foregoing is true and correct.

LUCIA BARTOLOMEO
Diversion Investigator
U.S. Drug Enforcement Administration

Sworn to and subscribed before me this 3rd day of April, 2008.

HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

5