FILED
08 APR -8 AM 11:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF GALLOWAY PHARMACY 2995 NATIONAL AVENUE SAN DIEGO, CA 92113 | CASE NO. 08MJ1080<br><br>RETURN OF WARRANT FOR ADMINISTRATIVE INSPECTION |

I received the attached Administrative Inspection Warrant on April 3, 2008. On April 3, 2008, at approximately 2:30 p.m., I conducted an Administrative Inspection of the premises described in the Warrant and I left a copy of the Warrant with GALLOWAY PHARMACY owner Fadi Atiya.

The following records were seized pursuant to the Warrant: 46 boxes of prescriptions filled by GALLOWAY PHARMACY during the time period July 1, 2005 through March 6, 2008.

_____
LUCIA BARTOLOMEO
Diversion Investigator
United States Department of Justice
Drug Enforcement Administration

Sworn to and subscribed before me this 8th day of April, 2008.

_____
HONORABLE RUBEN B. BROOKS
United States Magistrate Judge